UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-23516-Civ-COOKE/O'SULLIVAN

ROBERTO PEREZ,

    Plaintiff,

vs.

UNITED STATE LIFE SAFETY SERVICES CORP., and
JOAQUIN PUNTONET,

    Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

    THIS MATTER is before the Court on Chief United States Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice ("Order and Recommendation") (ECF No. 20).

    The parties have reached an agreement in this matter, and Judge O'Sullivan has reviewed the terms of the settlement agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Order and Recommendation approves the settlement agreement and recommends this case be dismissed with prejudice. Judge O'Sullivan also recommends the Court retain jurisdiction until January 3, 2022 to enforce the terms of the settlement. Neither party objected to the Order and Recommendation and the time to do so has passed. After reviewing the record in this matter, the Court agrees with Judge O'Sullivan's recommendation.

    Accordingly, the Order and Recommendation (ECF No. 20) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** this case is **DISMISSED** *with prejudice*. The Clerk shall **CLOSE** this case. The Court shall retain jurisdiction to enforce the terms of the settlement agreement until January 3, 2022.

**DONE and ORDERED** in chambers, at Miami, Florida, this 22nd day of December 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*